**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6337**

---

STEVEN E. JONES,

Plaintiff - Appellant,

versus

WILLIAM L. SMITH, Warden; JOHN F. HIMMEL, JR.,
Classification Case Management; BERNICE ALLEN,
Classification Supervisor; JOHN LOCKLEAR, Case
Management Specialist; LARRY SATTERFIELD, SUI,
Supervisor, in their individual and official
capacities,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
96-460-S)

---

Submitted:  August 22, 1996      Decided:  September 3, 1996

---

Before HALL, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Steven E. Jones, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Jones v. Smith</u>, No. CA-96-460-S (D. Md. Mar. 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2